03-00097
USDC/R.I.
Smith, W.

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-1258

UNITED STATES,

Appellee,

v.

MBUYAMBA TSHIBAKA,

Defendant, Appellant.

Before

Selya, Circuit Judge,
Campbell, Senior Circuit Judge,
and Lipez, Circuit Judge.

**JUDGMENT**
**Entered: April 20, 2006**

After a thorough review of the record and of the parties' submissions, we affirm. The offense level reduction provided by U.S.S.G. § 2X1.1(b)(2) does not apply to cases in which the conspiracy in question encompasses one or more completed substantive crimes. See United States v. Egemonye, 62 F.3d 425, 430 (1st Cir. 1995) ("Where a completed offense is involved, it is surely rational to measure culpability in part by the intended harm and to refuse a discount where the offense is complete even though the intended harm has not yet been fully realized."). Appellant Mbuyamba Tshibaka was convicted of 15 substantive counts of bank fraud. In such a case, the sentencing guidelines do not provide for a reduction in the offense level where one convicted of substantive crimes simply has not realized the full benefit of his crimes.

Affirmed. See 1st Cir. R. 27(c).

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

George Kretas
**Deputy Clerk**

**Date:** 5/11/06

By the Court:
Richard Cushing Donovan, Clerk.

By: ____________________
Chief Deputy Clerk.

[cc: Ralph J. Perrotta, Esq., Terrence P. Donnelly, AUSA, Donald Lockhart, AUSA, Mbuyamba Tshibaka]