USA
Plaintiff

VS: CR-03-97-01S

Mbuyamba Tshibaka
Defendant

# EXHIBIT RECEIPT

Defendant's exhibits A, B and C

~~Attorney~~ Legal Secretary
5-30-06

Deputy clerk