USA
Plaintiff

VS: CR-03-97-01S

Mbuyamba Tshibaka
Defendant

# EXHIBIT RECEIPT

Government's exhibits (1 Box)

Attorney

Deputy clerk