USA
Plaintiff

VS: CR03-97-01S

Mbuyamba Tshibaka
Defendant

# EXHIBIT RECEIPT

Exhibit A and B

~~Attorney~~ FDO

Deputy clerk